**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    AF HOLDINGS LLC,                          No.  CV 12-04448 EDL

9              Plaintiff,                      **ORDER**

10    v.

11    JOHN DOE,

12              Defendant.
                                          /
13

14    GOOD CAUSE APPEARING THEREFOR,

15          IT IS ORDERED that this case is reassigned to the **Honorable Edward J. Davila** in the **San**

16    **Jose division** for all further proceedings. Counsel are instructed that all future filings shall bear the

17    **initials EJD** immediately after the case number. All hearing dates presently scheduled are vacated

18    and motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19    Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge

20    has already issued a report and recommendation shall not be rebriefed or noticed for hearing before

21    the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

22

23                                            FOR THE EXECUTIVE COMMITTEE:

24

25    Dated:  September 11, 2012

26    rev 4-12                                Richard W. Wieking
                                              Clerk of Court
27

28