UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, | Case No.: 5:12-CV-04448 EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

In light of Plaintiff's motion to continue the initial case management conference, the Court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for December 7, 2012, is CONTINUED to **January 25, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **January 18, 2013.**

**IT IS SO ORDERED**

Dated: December 3, 2012

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-04448 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE